IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MEGAN MARY FITTEN,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                        12-cv-812-wmc

ROBERT EDWARD TUTTLE, JR.,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

| /s/ | 4/5/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |